IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMARA SMITH, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., et al.<br><br>Defendants. | CIVIL ACTION NO.<br>08-cv-5626 |

## ORDER

**AND NOW**, this 22nd day of May 2009, upon consideration of Plaintiff's Motion to Strike Defendants' Amended Offer of Judgment [Document No. 27], and Defendants' Response [Document No. 32], it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**. Defendants' Amended Offer of Judgment dated April 15, 2009 is stricken and is of no effect.

It is so **ORDERED**.

BY THE COURT:

*/s/ Cynthia M. Rufe*
CYNTHIA M. RUFE, J.