IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMARA SMITH, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC., et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>08-cv-5626 |

## ORDER

AND NOW, this 12th day of June 2009, upon consideration of Defendants' Motion for Judgment on the Pleadings [Document No. 25], Plaintiff's Response [Document No. 26], Plaintiff's Notice of Supplemental Authority [Document No. 28], and Defendants' Reply [Document No. 31], it is hereby **ORDERED** that Defendants' Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*/s/ Cynthia M. Rufe*
CYNTHIA M. RUFE, J.